| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>Ralph S. LaMontagne, Jr. (SBN 91536)<br>rlamontagne@l-a-lawoffices.com<br>LaMontagne & Amador LLP<br>150 S. Los Robles Ave., Suite 940<br>Pasadena, CA 91101<br>Tel: (626) 765-6800<br>Fax: (626-765-6801 | |
| ATTORNEY(S) FOR: Allegiant Travel Company & Allegiant Air, LLC | |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID C. ROOF<br><br>Plaintiff(s),<br>v.<br>ALLEGIANT TRAVEL COMPANY;<br>ALLEGIANT AIR; DOES 1 TO 100, INCLUSIVE<br><br>Defendant(s) | CASE NUMBER:<br>2:15-cv-08817<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Allegiant Travel Company and Allegiant Air, LLC_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| 1. Allegiant Travel Company | 1. Defendant |
| 2. Allegiant Air, LLC | 2. Defendant |
| 3. Starr Surplus Lines Insurance Company | 3. Insurer of Defendants |
| 4. Starr Aviation Agency, Inc. | 4. Managing Agent of Insurer |

November _12_, 2015                              _/s/ Ralph S. LaMontagne_
Date                                                    Signature

Attorney of record for (or name of party appearing in pro per):

Allegiant Travel Company and Allegiant Air, LLC

---

CV-30 (05/13)                            NOTICE OF INTERESTED PARTIES