1  **TIMOTHY J. RYAN - 99542**
   tryan@ryanlg.com
2  **REBEKKA MARTORANO - 173600**
   rmartorano@ryanlg.com
3  **THE RYAN LAW GROUP**
   400 Capitol Mall, Suite 2540
4  Sacramento, California 95814
   Telephone: (916) 924-1912
5  Facsimile: (916) 923-3872

6  Attorneys for Defendants
   Allegiant Travel Company and Allegiant Air, LLC
7

8
                        UNITED STATES DISTRICT COURT
9
                       CENTRAL DISTRICT OF CALIFORNIA
10

11 DAVID C. ROOF,                    )   Case No. 2:15–cv–08817 DDP(PLAx)
                                     )
12              Plaintiff,           )
                                     )   **JOINT RULE 26(f) REPORT**
13 v.                                )
                                     )
14 ALLEGIANT TRAVEL COMPANY;         )
   ALLEGIANT AIR; and DOES 1         )   Date:      June 27, 2016
15 through 100, inclusive,           )   Time:      3:30 p.m.
                                     )   Courtroom: 3
16              Defendants.          )
                                     )
17 _____    )

18
       Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and this Court's
19
   Order Setting Scheduling Conference dated March 17, 2016, counsel for Plaintiff
20
   David C. Roof ("Plaintiff") and Defendants Allegiant Travel Company and Allegiant
21
   Air, LLC ("Defendants") hereby submit to the Court this Joint Status Report.
22
   **A.   Brief Summary of Claims**
23
       Plaintiff alleges that he was injured when he was struck by an aircraft cabin
24
   door on an Allegiant flight originating out of Los Angeles on June 21, 2014. Plaintiff
25
   asserts a claim for negligence. Defendants deny that they were negligent and dispute
26
   the nature and extent of Plaintiff's injuries.
27

28

                                            1

**B.     Status of Service of Process on Parties Not Yet Served**

Both Defendants have been served.

**C.     Possible Joinder of Additional Parties**

Neither of the parties contemplate a joinder of additional parties at this time.

**D.     Anticipated Amendment of Pleadings**

Neither of the parties anticipate an amendment of the pleadings at this time.

**E.     Basis of Jurisdiction and Venue**

Jurisdiction in this Court is proper pursuant to 28 U.S.C. §1332 and 28 U.S.C. section 1441(e)(2) (diversity). Venue is appropriate pursuant to 45 U.S.C. §56 as the acts complained of arose at a locality within the district. *See also*, 28 U.S.C. §1391(a)(2).

**F.     Anticipated Discovery and Scheduling of Discovery**

(1)     Pursuant to FRCP 26, the parties will exchange initial disclosures on or before June 27, 2016.

(2)     The parties do not request phased discovery.

(3)     The parties believe that the discovery permitted by the Federal Rules of Civil Procedure will be sufficient and no modification is requested at this time.

(4)     The parties propose expert witnesses should be disclosed by all parties on February 1, 2017.

Rebuttal expert witnesses should be disclosed by March 1, 2017.

Expert discovery should be completed by May 1, 2017.

(5)     The parties request a discovery cut-off date of May 1, 2017.

**G.     Contemplated Dispositive or Other Motions; and Proposed Date by Which all Non-Discovery Motions shall be heard**

At this early stage, the parties are unable to determine whether dispositive motions will be filed. No other motions are contemplated at this time. All non-discovery motions shall be heard no later than May 1, 2017.

**H.    Methods to avoid unnecessary proof or cumulative evidence**

None proposed at this time.

**I.    Final Pretrial Conference**

The parties agree to a Final Pretrial Conference to occur on or about June 1, 2017.

**J.    Proposed Trial Date and Estimate and Jury Demand**

The parties agree to a trial date of July 17, 2017. The trial is estimated to take 5 court days. Defendants have demanded a jury trial.

**K.    Appropriateness of Special Procedures**

None requested at this time.

**L.    Modification of Pretrial Procedures**

None requested at this time.

**M.    Related Cases**

There are no related cases.

**N.    Timing and Method for Settlement Discussions/ADR**

Pursuant to the Notice to Parties of Court-Directed ADR Program, the parties select mediation with a neutral from the Court Mediation Panel but respectfully reserve the right to conduct private mediation instead if the circumstances should warrant it. The parties propose a mediation deadline of January 31, 2017.

///
///
///
///
///
///
///
///
///

**O.    Other Matters**

  None at this time.

Dated: June 20, 2016         **LAW OFFICES OF MANUEL H. MILLER**

                             By:  /s/   Manuel H. Miller
                                  MANUEL H. MILLER
                                  Attorneys for Plaintiff David C. Roof

Dated: June 20, 2016         **THE RYAN LAW GROUP**

                             By:  /s/ Rebekka Martorano
                                  TIMOTHY J. RYAN
                                  REBEKKA R. MARTORANO
                                  Attorneys for Defendants
                                  Allegiant Travel Company and Allegiant Air, LLC