1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT
9                     CENTRAL DISTRICT OF CALIFORNIA
10
11   DAVID C. ROOF,                )   Case No. CV 15-08817 DDP (PLAx)
                                    )
12                   Plaintiff,     )   SCHEDULING ORDER
                                    )
13        v.                        )
                                    )
14   ALLEGIANT TRAVEL COMPANY;      )
     ALLEGIANT AIR,                 )
15                                  )
                     Defendants.    )
16                                  )
     _____ )
17

18        Pursuant to the Federal Rules of Civil Procedure 16(b), the
19   Court issues the following Order:
20        Counsel must agree on the date for the disclosure of expert
21   witness reports pursuant to the Federal Rules of Civil Procedure
22   26(a)2.  The agreed-upon disclosure date must precede the
23   discovery cut-off date such that all discovery, including expert
24   depositions, must be completed prior to the discovery cut-off
25   date.  All discovery motions must be heard prior to the discovery
26   cut-off date.
27   ***Counsel are ordered to abide by the dates as set forth in the
28   Rule 26 (f) Report.

FACT DISCOVERY CUT-OFF:          05-01-17

EXPERT DISCOVERY CUT-OFF:        05-01-17

LAST DAY TO FILE MOTIONS:        05-15-17

FINAL PRE TRIAL CONFERENCE:      07-24-17 at 11:00 a.m.

4 DAY JURY TRIAL:                08-08-17 at 9:00 a.m.


Dated: July 13, 2016

DEAN D. PREGERSON
United States District Judge

2